IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-02298-RPM

ASHLEY BROWN,

    Plaintiff,

v.

TETRA HYDRO SERVICES,

    Defendant.

_____

ORDER OF DISMISSAL
_____

    Pursuant to the Notice of Filing Voluntary Dismissal [8] today, it is

    ORDERED that the Order to Show Cause entered on June 30, 2014, is set aside and it is

    FURTHER ORDERED that the complaint in this matter is dismissed without prejudice.

    DATED:   July 8th, 2014

                        BY THE COURT :

                        s/Richard P. Matsch

                        _____
                        Richard P. Matsch, Senior District Judge